1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Michael Lee Miller,<br><br>　　　　Defendant. | Case No.: 5:23-cr-00249-SSS<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✗)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

　　　(✗)　information in the Pretrial Services Report and Recommendation

　　　(✗)　information in the violation petition and report(s)

　　　(　)　the defendant's nonobjection to detention at this time

　　　(　)　other: _____

1          and/ or

2   B. ( )    The defendant has not met his/her burden of establishing by clear and
3                 convincing evidence that he/she is not likely to pose a danger to the safety
4                 of any other person or the community if released under 18 U.S.C.
5                 § 3142(b) or (c).  This finding is based on the following:
6                 ( )    information in the Pretrial Services Report and Recommendation
7                 ( )    information in the violation petition and report(s)
8                 ( )    the defendant's nonobjection to detention at this time
9                 ( )    other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: 08/06/2025

                                       SHASHI H. KEWALRAMANI
15                                        UNITED STATES MAGISTRATE JUDGE